UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:15-cr-0034-WTL-DML |
| | ) | |
| BRADLEY ALEXANDER, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On May 18, 2017, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on November 3, 2016. Defendant Alexander appeared in person with his appointed counsel Michael Donahoe. The government appeared by Brad Shepard, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Troy Adamson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Alexander of his rights and provided him with a copy of the Petition. Defendant Alexander orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Alexander admitted violations 1 and 2 as set forth in the Petition. [Docket No. 12.]

3. The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|

1  **"The defendant shall not commit another federal, state, or local crime."**

As previously reported to the Court, on May 25, 2016, a search was conducted of the offender's residence. Officers located small bags with drug residue, two small spoons with drug residue, and a hypodermic needle. Mr. Alexander admitted to this officer he had been smoking and injecting methamphetamine, and everything found in his room was his. He was arrested by the Elwood, Indiana, Police Department, and remained in custody in Madison County, Indiana. He was charged with possession of methamphetamine, possession of drug paraphernalia, and unlawful possession of a syringe in Madison County (48C06-1605-F6-001071). On September 19, 2016, the offender plead guilty to all charges and was sentenced to 2 years imprisonment, all suspended to probation.

Mr. Alexander is currently serving a term of imprisonment for prior drug charges no related to this case. He is scheduled to be released from the Indiana Department of Correction on June 5, 2017.

2  **"The defendant shall refrain from any unlawful use of a controlled substance."**

As previously reported to the Court, on April 29, 2015, and May 25, 2016, the offender tested positive for methamphetamine. He denied using the substance on April 29, 2016, and attributed the result to consuming energy drinks. The sample was confirmed by Alere Laboratory as positive for amphetamine. On May 25, 2016, the offender did admit using methamphetamine.

4. The Court finds that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is IV.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5. The parties jointly recommended a sentence of twelve (12) months and one (1) day with no supervised release to follow. Defendant requested an expedited placement at FCI

Terre Haute (and to serve his pre-transfer confinement in the Hamilton County (Indiana) Jail) in order to be closer to his children.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Magistrate Judge further recommends that Defendant be placed at FCI Terre Haute with pre-designation housing at the Hamilton County (Indiana) Jail, consistent with best practices, and at the discretion of the U.S. Marshal Service and the Bureau of Prisons.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 22 MAY 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal