UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:15-cr-034-WTL-DML |
| BRADLEY ALEXANDER, | ) | -01 |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore' Report and Recommendation that Bradley Alexander's supervised release be revoked, pursuant to Rule 32.1 (a)( 1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The Defendant shall have his conditions of supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day with no supervised release to follow. The Defendant is to be taken into custody immediately.

2. This Court recommends that Defendant be placed at FCI Terre Haute with pre-designation housing at the Hamilton County (Indiana) Jail, consistent with best practices, and at the discretion of the U.S. Marshal Service and the Bureau of Prisons.

SO ORDERED.

Date: 6/12/2017

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system